✋ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA          :
            -v.-                  :
WILLIS POWELL,                    :
            Defendant.            :
------------------------------X

08 CRIM 408

NOTICE OF INTENT
TO FILE AN INFORMATION

08 Cr.

Castel, J.

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 5, 2008

[Stamp: JUDGE CASTEL]

                                    MICHAEL J. GARCIA
                                    United States Attorney

                        By:         /s/ Howard S. Master
                                    _____
                                    Howard S. Master
                                    Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By:         /s/ Jennifer L. Brown
                                    _____
                                    Jennifer L. Brown, Esq.
                                    Attorney for the defendant

[Stamp: ELECTRONICALLY FILED MAY 0 6 2008]

5/6/08  WHEEL A