UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
           -v.-                  :   INFORMATION

WILLIS POWELL,                       :   08 Cr.

           Defendant.             :

- - - - - - - - - - - - - - - - - - x

**08 CRIM 408**

## COUNT ONE

The United States Attorney charges:

On or about March 25, 2008, in the Southern District of New York, WILLIS POWELL, the defendant, unlawfully, willfully, and knowingly, did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge and magistrate judge, which custody and confinement was by virtue of a conviction of an offense, to wit, POWELL, while in the custody of the Bronx Residential Reentry Center located at 2534 Creston Avenue, Bronx, New York, following a conviction in the United States District Court for the Southern District of New York for being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), escaped from the Bronx Residential Reentry Center by



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

willfully leaving and failing to return to the facility within the time prescribed by the facility.

(Title 18, United States Code, Sections 751 and 4082.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

**WILLIS POWELL,**

Defendant.

INFORMATION

08 Cr.

(18 U.S.C. §§ 751 and 4082.)

MICHAEL J. GARCIA
United States Attorney.

---

May 9, 2008 - Information filed.

May 9, 2008 - The defendant Willis Powell and his attorney Jennifer Brown are present. AUSA Howard Master is present. Court Reporter Bill Richards is present. See transcript. The government will complete claims by May 16, 2008. The defendant waives indictment and pleads not guilty. The defendant will file any appropriate by May 16, 2008. motions to vacate the waiver The government will file its response by 5/23/08. The defendant will reply by 5/30/08. The next pretrial conference is scheduled for June 2, 2008 at 12:45 p.m. defendant is remanded. The Castel J.