UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

    -v.-                          :    S1 08 Cr. 408

WILLIS POWELL,                    :

             Defendant.     :

- - - - - - - - - - - - - - - - - - x



COUNT ONE

The Grand Jury charges:

On or about March 25, 2008, in the Southern District of New York, WILLIS POWELL, the defendant, unlawfully, willfully, and knowingly, did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge and magistrate judge, which custody and confinement was by virtue of a conviction of an offense, to wit, POWELL, while in the custody of the Bronx Residential Reentry Center located at 2534 Creston Avenue, Bronx, New York, following a conviction in the United States District Court for the Southern District of New York for being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), escaped from the Bronx Residential Reentry Center by

willfully leaving and failing to return to the facility within the time prescribed by the facility.

(Title 18, United States Code, Sections 751 and 4082.)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**WILLIS POWELL,**

Defendant.

---

**INDICTMENT**

S1 08 Cr. 408

(18 U.S.C. §§ 751 and 4082.)

*[signature]*
_____
                         MICHAEL J. GARCIA
                         United States Attorney.

*5/15/08 Filed indictment.
      of Mag. Judge Katz*